[No. 40048-1-II.   Division Two.   July 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON M. CHRISTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 00-1-00069-1, Michael J. Sullivan, J., entered November 9, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 40442-7-II.   Division Two.   July 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY ALLAN EVANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01710-9, Linda CJ Lee, J., entered March 5, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 40640-3-II.   Division Two.   July 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN PATRICK JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00197-8, Kenneth D. Williams, J., entered April 21, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 40857-1-II.   Division Two.   July 12, 2011.]

*In the Matter of the Committed Intimate Relationship of* JOSEPHINE G. MILLER, *Appellant*, and SEAN A. LEAGUE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-06624-1, John P. Wulle, J., entered May 17, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Armstrong, J.